**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGOBERTO ENRIQUE ISAZA, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:15-cv-00891-JAD-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| EARL MARSHALL TROTTER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, has submitted a complaint on the form for civil rights complaints pursuant to 42 U.S.C. § 1983 and has filed an application to proceed *in forma pauperis*. (ECF Nos. 1, 2).

Plaintiff's application to proceed *in forma pauperis* is incomplete.  Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule of Special Proceedings 1-2, Plaintiff must complete an application to proceed *in forma pauperis*, which consists of four pages, and must attach an inmate account statement for the last six months.  Plaintiff submitted a financial certificate, which is the fourth page of the application to proceed *in forma pauperis*, as well as an inmate account statement. (*See* ECF No. 2.)  However, Plaintiff did not submit the first three pages of the application to proceed *in forma pauperis*. (*Id.*) Without these pages, the Court is unable to evaluate whether Plaintiff may proceed *in forma pauperis*.  As such, Plaintiff's incomplete application to proceed *in forma pauperis* is denied without prejudice.

The Court will retain Plaintiff's complaint (ECF No. 1), but will not screen it until the matter of the payment of the filing fee is resolved.  Plaintiff will be granted an opportunity to cure the deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action.  If Plaintiff chooses to file a new application to proceed *in forma pauperis*, he must file a complete application to proceed *in forma pauperis*.

IT IS THEREFORE ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without prejudice to file a new application.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document titled "Information and Instructions for Filing an *In Forma Pauperis* Application."

IT IS FURTHER ORDERED that within thirty days from the date of this order, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a) and Local Rule of Special Proceedings 1-2; or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that Plaintiff's failure to comply with this Order may result in a recommendation that his case be dismissed.

DATED: September 23, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**