| | |
|---|---|
| Rigoberto Enrique Isaza, | Case No.: 2:15-cv-00891-JAD-CWH |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation [ECF No. 8] and Dismissing without Prejudice** |
| Earl Marshall Trotter et al., | |
| Defendants | |

Rigoberto Enrique Isaza brings a civil rights complaint against Earl Marshall Trotter and Farmers Insurance under 42 U.S.C. § 1983 and N.R.S. 41.0322. Isaza alleges that he and his brother inherited a house in Las Vegas, Nevada, from their mother as evidenced by a will that a Farmer's Insurance representative confirmed the existence of, but refuses to supply Isaza with a sealed copy of.[1] Isaza further alleges that: (1) Trotter, an extended family member, has been renting the home out for $1,200 per month since 1999; (2) he is entitled to half of the rent that has been collected by Trotter; and (3) Trotter has been "defrauding" him of his $600 share of the proceeds every month since approximately 2004.[2]

Magistrate Judge Hoffman recommends that Isaza's case be dismissed without prejudice for failure to file an amended complaint within the time allowed by the court to do so after Isaza's case was dismissed with leave to amend on February 17, 2017.[3] The Report and Recommendation was entered March 22, 2017. Objections were due April 5, 2017. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150

---

[1] ECF No. 1 at 3–4, 7.

[2] *Id.* at 4–5.

[3] ECF No. 8.

1   (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Isaza has filed no

2   objections to the Report and Recommendation.

3           Accordingly, and with good cause appearing,

4           It is hereby ORDERED that Magistrate Judge Hoffman's Report and Recommendation **[ECF**

5   **No. 8]** is **ACCEPTED and ADOPTED**.

6           It is further ORDERED that this case is **DISMISSED** without prejudice.

7           DATED April 19, 2017.

8

9                                                    _____
                                                    Jennifer A. Dorsey
10                                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              2